March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

-v-

D'Carlo Deluca,

Defendant(s).
-----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEOCONFERENCE**

____-CR-_____(___)(___)

21mj3796

Defendant __D'Carlo Deluca__ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

_X_ Initial Appearance/Appointment of Counsel

___ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Preliminary Hearing on Felony Complaint

_X_ Bail/Revocation/Detention Hearing

___ Status and/or Scheduling Conference

___ Misdemeanor Plea/Trial/Sentence

_____for D'Carlo Deluca_____
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

_____
Defense Counsel's Signature

__D'Carlo Deluca__
Print Defendant's Name

__Clay H. Kaminsky__
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

__4/7/21__
Date

_____
U.S. Magistrate Judge